UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   21-20005-CR-GAYLES

UNITED STATES OF AMERICA

vs.

YANDRE TRUJILLO HERNANDEZ,

Defendant.

_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt.  The Parties agree that these facts, which do not include all facts known to the Government and the defendant, Yandre Trujillo Hernandez (hereinafter "the Defendant"), are sufficient to prove the guilt of the Defendant as to Count 1 of the Indictment.

Beginning no later than November 2016, and continuing through on or about July 21, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant knowingly and willfully combined, conspired, confederated, and agreed with his charged co-defendants, HHS-OIG Special Agent Alberto Alberico Ahias Crespo (hereinafter "SA Crespo"), Jose Diaz Gutierrez (hereinafter "Diaz"), Anais Lorenzo (hereinafter "Lorenzo"), and others, to possess with the intent to distribute Oxycodone, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C).

During the charged Count 1 conspiracy, the Defendant worked with co-defendant Diaz to unlawfully obtain Oxycodone and distribute it for street-level profits.  As set forth in the Indictment, the Defendant and co-defendant Diaz operated out of West Medical Office, operated by Dr. Rudolph Gonzalez-Garcia Gonzalez ("hereinafter "Dr. Gonzalez"), and Pain Clinic #1.   At these two (2) health care clinics, in exchange for unlawful kickback payments to the clinics and

patients, the Defendant and co-defendant Diaz utilized patients M.P., A.A., P.R., B.R., M.C., and L.A., among others, to unlawfully obtain their Oxycodone prescriptions and subsequently distribute the pills.   Pursuant to data from the Florida Prescription Drug Monitoring Program ("PDMP"), the amount of Oxycodone involved the Count 1 offense was at least approximately 709 grams of Oxycodone, with a street value of approximately $500,000.

Beginning in April 2020, investigating agents obtained court-authorization to conduct Title III intercepts over the co-defendant Diaz's cellular telephone (xxx-xxx-3906).   The Title III investigation involved three (3) different periods of interception: April 17, 2020, through May 16, 2020; June 1, 2020, through June 30, 2020; and 3) July 7, 2020, through July 21, 2020.   During Title III investigation, the Defendant was repeatedly intercepted discussing unlawfully obtaining and selling Oxycodone ("pullovers") with co-defendant Diaz via the recruited patients listed above, street-level Oxycodone resale prices, and profit margins.   In furtherance of the Count 1 conspiracy, the Defendant also knew of, and benefited from, co-defendant Diaz's use of a law enforcement officer, later confirmed to be co-defendant SA Crespo, in order to protect their drug trafficking activities, warn them of investigative activity, and avoid law enforcement detection.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 7/6/22           By: _____
                            SEAN T. McLAUGHLIN
                            ASSISTANT UNITED STATES ATTORNEY

Date: 7/6/22           By: _____
                            ARMANDO ALFONSO, ESQ.
                            ATTORNEY FOR DEFENDANT

Date: 7/6/22           By: _____
                            YANDRE TRUJILLO HERNANDEZ
                            DEFENDANT